LORETTA E. LYNCH
Attorney General
MARK J. KAPPELHOFF
Deputy Assistant Attorney General
Civil Rights Division
JUDITH C. PRESTON
Acting Chief
LAURA L. COON, Special Counsel
LUIS E. SAUCEDO, Counselor to the Chief
CATHLEEN S. TRAINOR, Senior Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
    950 Pennsylvania Avenue, N.W., PHB 5026
    Washington, D.C. 20530
    Telephone: (202) 514-6255
    Email: laura.coon@usdoj.gov; cathleen.trainor@usdoj.gov

EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE (State Bar No. 130005)
Assistant United States Attorney
Assistant Division Chief, Civil Rights Unit Chief, Civil Division
JOANNA HULL (State Bar No. 227153)
Assistant United States Attorney
    300 North Los Angeles Street, Suite 7516
    Los Angeles, California 90012
    Telephone: (213) 894-2458/6585; Facsimile: (213) 894-7819
    E-mail: Robby.Monteleone@usdoj.gov; Joanna.Hull@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES AND LOS ANGELES COUNTY SHERIFF JIM MCDONNELL, in his official capacity;<br><br>    Defendants. | No. CV 15-05903 DDP (JEMx)<br><br>**ORDER APPROVING AND ENTERING JOINT SETTLEMENT AGREEMENT AS AN ORDER**<br><br>[NO JS-6] |

HOA.1183206.1

# ORDER APPROVING AND ENTERING
# JOINT SETTLEMENT AGREEMENT AS AN ORDER

AND NOW, upon consideration of the Complaint of the United States of America, the Parties' attached Joint Settlement Agreement Regarding the Los Angeles County Jails ("Agreement"), as modified by the court with the consent of the parties[1]; and the Stipulated [Proposed] Order Approving and Entering Joint Settlement Agreement as an Order, the Court hereby FINDS that:

(a) the Agreement is fair, adequate, and reasonable and furthers the purpose of the Civil Rights of Institutionalized Persons Act, 42 U.S.C. § 1997, and the Violent Crime Control and Law Enforcement Act, 42 U.S.C. § 14141, in vindicating the federal constitutional rights of prisoners at the Jails, and

(b) although this matter was not actually litigated or resolved on the merits, the prospective relief in the Agreement is narrowly drawn, extends no further than necessary to correct the violations of federal rights as alleged by the United States, and is the least intrusive means necessary to correct those alleged violations, as required by the Prison Litigation Reform Act, 18 U.S.C. § 3626(a) & (c).

THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that the Agreement is APPROVED and the Agreement is hereby entered as an Order of the Court. The Court retains complete jurisdiction of this matter to enforce the terms of the Agreement until the Defendants have fulfilled their obligations therein.

DATED: September 03, 2015

*[signature: Dean D. Pregerson]*

UNITED STATES DISTRICT JUDGE

---

[1] See Agreement, **Error! Main Document Only.**¶ 83.

/ / /

/ / /

Respectfully submitted this 5th day of August, 2015.
FOR THE UNITED STATES:

|  |  |
|---|---|
|  | LORETTA E. LYNCH<br>Attorney General |
| EILEEN M. DECKER<br>United States Attorney<br>Central District of California | MARK J. KAPPELHOFF<br>Deputy Assistant Attorney General<br>Civil Rights Division |
| LEON W. WEIDMAN<br>Assistant United States Attorney<br>Chief, Civil Division | JUDITH C. PRESTON<br>Acting Chief, Special Litigation Section<br>Civil Rights Division |
| _____ | _____ |
| ROBYN-MARIE LYON MONTELEONE<br>Assistant United States Attorney<br>Assistant Division Chief<br>Civil Rights Unit Chief, Civil Division | LAURA L. COON<br>Special Counsel<br>LUIS E. SAUCEDO<br>Counselor to the Chief<br>CATHLEEN S. TRAINOR |
| JOANNA HULL<br>Assistant United States Attorney | Senior Trial Attorney<br>U.S. Department of Justice |

For the COUNTY OF LOS ANGELES and the LOS ANGELES COUNTY SHERIFF, in his official capacity:

_____/s/_____
MARY C. WICKHAM
Interim County Counsel
County of Los Angeles


_____/s/_____
RODRIGO A. CASTRO-SILVA
Senior Assistant County Counsel
County of Los Angeles

HOA.1183206.1                                        3