## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

[CLOSED]

| | | | |
|---|---|---|---|
| Case No. | CV 15-05903 DDP (JEMx) | Date | November 23, 2015 |

Title    UNITED STATES AMERICA -V- COUNTY OF LOS ANGELES et al.

Present: The Honorable    **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Robyn-Marie L. Monteleone
Geoffrey Daniel Wilson
Luis E. Saucedo

Attorneys Present for Defendants:

Rodrigo A. Castro-Silva
Gregory F. Hurley
Michael J. Chilleen

Attorneys Present for Intervener:
Bradley S. Phillips
Grant A. Davis-Denny
Mark D. Rosenbaum
Gary Blasi
Anne Richardson
Alisa Hartz

Proceedings:

MOTION TO INTERVENE (DOCKET NUMBER 17)
MOTION TO DISQUALIFY COUNSEL MUNGER, TOLLES &
OLSON, LLP FILED BY DEFENDANTS COUNTY OF LOS
ANGELES, JIM MCDONNELL (DOCKET NUMBER 44)

Court hears oral argument and rules as follows:

Motion to Intervene (DOCKET NUMBER 17) is taken under submission with an order to be issued hereafter. The Motion to Disqualify (DOCKET NUMBER 44) is DENIED.

| | 1 hour | : | 16 mins. |
|---|---|---|---|
| | Initials of Preparer | | JAC |