1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   GREGORY F. HURLEY, Cal. Bar No. 126791
2  ghurley@sheppardmullin.com
   MICHAEL J. CHILLEEN, Cal. Bar No. 210704
3  mchilleen@sheppardmullin.com
   BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
4  bleimkuhler@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:   714.513.5130

7  LOS ANGELES COUNTY,
   OFFICE OF THE COUNTY COUNSEL
8  Mary C. Wickham, Cal. Bar No. 145664
   Rodrigo A. Castro-Silva, Cal. Bar No. 185251
9  rcastro-silva@counsel.lacounty.gov
   500 W. Temple Street, Rm. 648
10 Los Angeles, CA 90012
   Telephone:  213.974.1811
11 Facsimile:   213.626.7446

12 Attorneys for Defendants,
   COUNTY OF LOS ANGELES
13 AND LOS ANGELES COUNTY
   SHERIFF JIM MCDONNELL

14

15                    UNITED STATES DISTRICT COURT

        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
16

| 17 | UNITED STATES OF AMERICA, | Case No. 2:15-cv-05903-DDP-JEM |
|---|---|---|
| 18 | Plaintiff, | Judge: Hon. Dean D. Pregerson |
| 19 | v. | **DEFENDANTS' COUNTY OF LOS ANGELES AND SHERIFF JIM MCDONNELL'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** |
| 20 | COUNTY OF LOS ANGELES AND LOS ANGELES COUNTY SHERIFF JIM MCDONNELL, in his Official Capacity, | |
| 21 | | |
| 22 | Defendants. | Date: April 11, 2016<br>Time: 10:00 a.m.<br>Crtm: 3 |
| 23 | TERESA POWERS, DAVID PENN, TIMOTHY POLK, MARK SARNI, DERRICK THOMAS, DARSEL WHITFIELD, ROYAL WILLIAMS, AND LEPRIEST VALENTINE, | |
| 24 | | |
| 25 | | |
| 26 | Movants. | Complaint Filed: August 5, 2015<br>Trial Date: None Set |

27

28

SMRH:475771721.1        NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

**TO THE HONORABLE COURT, ALL PARTIES, THE PROPOSED INTERVENORS, AND TO THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 11, 2016 at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 3 before the Honorable Dean D. Pregerson, of the United States District Court for the Central District of California, located at 312 N. Spring Street, Los Angeles, CA 90012, pursuant to F.R.C.P. 12(c), Defendants County of Los Angeles and Los Angeles County Sheriff Jim McDonnell (collectively "Defendants") will and hereby do move the Court for judgment on the pleadings with respect to Plaintiff-Intervenors Teresa Powers, David Penn, Timothy Polk, Mark Sarni, Derrick Thomas, Darsel Whitfield, Royal Williams, and Lepriest Valentine's (collectively "Intervenors") First Amended Complaint In Intervention.

The Court should grant Defendants' motion for judgment on the pleadings for several reasons.  First, under well-established law, Intervenors lack standing to assert injunctive relief claims to modify jail services because none of them are currently incarcerated.  Second, even if Intervenors were about to be imminently incarcerated, they would still lack standing and their claims would still not be ripe because none of them have been subjected to or suffered any harm as a result of the challenged policies.  Third, Intervenors' allegation that the "discharge provisions" violate the ADA and the Rehabilitation Act by limiting certain services to "seriously mentally ill" inmates who are incarcerated longer than 7 days fails to state a cognizable claim because those laws only prohibit discriminatory treatment of the disabled vis-à-vis the nondisabled.  It is perfectly permissible to extend services to one class of disabled individuals without extending them to all classes of disabled persons.  Fourth, Intervenors' allegations regarding inadequate medical treatment fail to state a cognizable claim because the ADA and the Rehabilitation Act do not create a remedy for deficient medical services.  Finally, Intervenors' allegations do not state any viable constitutional claims because by their own admissions none of them have been deprived of their constitutional rights and Intervenors cannot show

"deliberate indifference" to their medical needs since the very purpose of the Settlement Agreement is to address their medical needs. Attempting to address medical needs – whether successful or not – does not constitute "deliberate indifference" as a matter of law. Further, differences of opinion as to proper medical treatment does not give rise to actionable constitutional claims.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 4, 2016.

Dated:  March 14, 2016

                      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                      By        /s/ *Gregory F. Hurley*
                               GREGORY F. HURLEY

                               Attorneys for Defendants,
                             COUNTY OF LOS ANGELES
                       AND LOS ANGELES COUNTY SHERIFF
                                   JIM MCDONNELL

SMRH:475771721.1    NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS