# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
12-27-18
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge Dean D. Pregerson

From: Patricia Gomez, Deputy Clerk Date Received: November 27, 2018

Case No.: CV 15-05903-DDP(JEMx) Case Title: United States of America v. County of Los Angeles et al

Document Entitled: Letter to the Court

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 Documents must be filed electronically
- ☐ Local Rule 6-1 Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 Document not legible
- ☐ Local Rule 11-3.8 Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 No copy provided for judge
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☑ Local Rule 83-2.5 No letters to the judge
- ☐ Fed. R. Civ. P. 5 No proof of service attached to document(s)
- ☑ Other: Not a party to this case.

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

12-27-18
Date U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE COPY 2 -JUDGE COPY 3 -SIGNED & RETURNED TO FILER COPY 4 -FILER RECEIPT

United States District Court

RECEIVED BUT NOT FILED
CLERK U.S. DISTRICT COURT
NOV 27 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

United States
v.
County of Los Angeles

CV15-05903 DDP

United States
v.
Smith

CV 15-05903 DDP

#5316831

Here Comes Kenneth Steven Cameron As part of The class Request A Court Order in That defendant Los Angeles County Jail Answer 30 unanswered Grievances filed (see Attachedments), And That The ACLU As Monitor of Complaint Number 17810 has not Answer (see Letters Attached).

As part of The class Action I Request The This Court Order The Los Angeles County Jail To Answer Timely Any And All Grievances filed by me And To give Receipt of Answer.

I can Not file A Civil Rights Violation without A showing Exhaustion of The Grievance Process with No Answers.

The Complaint And Request is To filed under Docket # CV 15-05903, DDP, And Copies of said Requested Court Order be sent To ACLU under my

NAME KENNETH STEVEN CAMERON #5316831 AND Complaint #17810. My ADDRESS IS P.O. Box 86164, Los Angeles, CA 90086 Los Angeles County Jail.

Thanking you in advance for all help in getting this Motion/Request To The Right Court before The Right Judge under this Docket # CV13-05903 DDP.

Respectfully Submitted

Kenneth S. Cameron.

P.S. Please send conformation of receipt of this filing.

United States District Court

United States
V.
County of Los Angeles

CV15-05903
DDP

United States
V.
Smith

CV15-05903
DDP

RE: ADMENDMENT TO REQUST FOR COURT ORDER

HERE COMES KENNETH STEVEN CAMERON #531683 with AN ADMENDED Complaint REQUESTING A COURT ORDER That conforms with The LAW CONCERNING inmates US of The LAW LIBRARY At The Los Angeles County JAIL, AND AN COURT ORDER ORDERING Los Angeles County JAIL To give ME A Copy of A DETAINER FROM TEXAS SO That I CAN file AN "I.A.D." INTERSTATE AGREEMENT ON DETAINERS.

I hAVE file GREIVANCES ON both issues with NO ANSWER AND with NO APEAL. PLEASE ORDER This JAIL To Comply with The LAW of "INTERSTATE AGREEMENT ON DETAINERS". My Civil Rights ARE being DENIED

Respectfully Submitted
Kenneth Steven Cameron

#4553K831
Steven Cameron
L.A. County Jail
P.O. Box 86164-Terminal-Annex
Los Angeles, CA. 90086-0164

A.C.L.U.
1313 W. 8th st #200
Los Angeles, CA. 90017

Sept. 1, 2018

Dear Sir/Madam,

This is my (3) Third Letter To you with great Civil Rights Concern I have NEVER Received AN ANSWER. My Civil Right are being so Violated by This JAIL AND Court system That it's just impossible for me.

1- That am in The hospital in A wheelchair with A stroke/heart condition. I was able To use my Pro-Per Status until Aug 30, 2018 The jail has Taken That away without Court order. I Am Sentenced To 16 months.

2- I Am or I wish To Apeal The Sentence in which I've filed Motions To Withdrawn my plea Timely. I was sentenced on 8-16-18 AND Motion To with Draw was sent 8-27-18 AND A Admendment To This Motion was sent 8-27-18 (See Attached Copy) I Am Pro-Per by Judge Hall AND I need The use of The Lexus Law Library program To be Continued, while This matter Continues The Judge didn't Revoke my Pro-Per status. Theres No Court order Taken Away my Pro-Per Status.

3- My Thrid issue is That I filed A Writ of Prohibitation To The Court of Apeals on The Statue of Limitation (See Attached Writ) This motion was filed Twice because I've heard Nothing from The first one filed 8-22-18 And A Second one was filed 9-1-18, with A an Declaration of Perjury within it

These Civil Right violations must stop because I need That Law Library The Judge order it And The Jail won't follow The Judges orders at all.

4- I have wrote you concerning Another problem I.A.D. Interstate Agreement on Detainer in which They will not file nor give A Copy of The Detainer. I've already forward you The Pink Copy of The Grievance Form And The I.A.D. Forms in Sparate cover. (See all Motions Filed Attached And I need my only Copies back).

Please answer I Truly need your help in These Matters.

Thank You

Kenneth S. Cameron.

ACLU
1313 W 8th St. #200
Los Angeles, CA. 90017

Nov. 7, 2018

RE: Grievance Mail, Cold food, Commissary, ADA, recreation, Voting rights Nov 6.

Dear Sir,

I've written several grievances concerning Mail, Cold Food, Commissary, ADA, recreation, and Voting in the Nov 6, 2018, election with no answers at all.

This is my third letter to you with no answer. I have one complaint # 17810, concerning Pro-Per, and I've signed to answers "in Protest" for two other grievances in which I have no copies of What I signed. One is for inter State agreement in which they said they won't sign and the other is restoring my Pro-Per status back.

Please send me a complaint(s) numbers for each of the signed answers by the Grievance Dept.

Thank You

#5316831 Kenneth Steven Cameron

I need to see a A.C.L.U. Personal

REFERENCE NUMBER:

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[X] YES* [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| Steven Cameron | [illegible] | [illegible] | [illegible] | 11-9-18 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | | MEDICAL/MENTAL | STAFF |
|---|---|---|---|
| [ ] Living conditions | [ ] Classification | [ ] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food | [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers | [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | | [ ] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [ ] Mail | | [ ] Other (explain below) | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | | [ ] Retaliation |
| [X] Educational/Vocational Programs | | | [ ] Harassment |
| [X] Other (explain below) Inmate Grievance Procedure | | | [ ] Racial or identity profiling |
| | | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

At [illegible] 6-20-18 And on [illegible]
11-7-18, The Inmate Gr[illegible] Page [illegible] is Not [illegible]
[illegible] on. 15 [illegible]
[illegible] That [illegible]

*If needed, additional space is provided on the back of this page.*

[ ] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ____________ City ________ State ______ ZIP _______ Phone (___)__________

INMATE NAME:

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature**
**X**

**-------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------------------**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance Name Employee # Date/Time

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.
**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ______________ (Supervisor), on ______________ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

CAMERON STEVEN 5316831 1-23-19

Not been Answered. I have wrote The AcLu The monitor by Court ORDER in which I was giving A Complaint Number 17810, And Since July 25, 2018 I've only had Two (2) of The 30 Grievances Answered in which I've Signed "In Protest". They fail to give me A copy of what I Signed Never given A Reference Number To Apeal. The program is Running A-Muck meaning Not Running AT All. Copies Are being sent To The ACLU And U.S. District Court, If you Allow The U.S. mail To go out.

REFERENCE NUMBER:

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[X] YES* [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| Steven Cameron | 5316831 | MCJ | 8119 | 9-27-18 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| [ ] Living conditions [ ] Classification | [X] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | [X] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [ ] Mail | | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | [X] Other (explain below) | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | Cold Food | [ ] Retaliation |
| [ ] Educational/Vocational Programs | All 3 MEALS | [ ] Harassment |
| [ ] Other (explain below) | | [ ] Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

Since I've been in your jail I've received Cold Food all 3 meals. I have not And will not serve this treatment with my Condition (Mental Condition)

*If needed, additional space is provided on the back of this page.*

[X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ______________ City ________ State ______ ZIP ______ Phone (___)__________

INMATE NAME:

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature** x Steven Cameron

**------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -------------------------------**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance — Name — Employee # — Date/Time

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.
**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ______________ (Supervisor), on ______________ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

REFERENCE NUMBER:

Is this grievance an emergency?
¿Es ésta queja una emergencia?

[X] YES* [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| Steven Cameron | 5316831 | MCJ | 8119 | 9-24-18 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | | MEDICAL/MENTAL | STAFF |
|---|---|---|---|
| [ ] Living conditions | [ ] Classification | [ ] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [X] Food | [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers | [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | | [ ] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [ ] Mail | | [ ] Other (explain below) | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | | [ ] Retaliation |
| [ ] Educational/Vocational Programs | | | [ ] Harassment |
| [ ] Other (explain below) | | | [ ] Racial or identity profiling |
| | | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|

Cold Lunch, Cold Dinner All The Time

*If needed, additional space is provided on the back of this page.*

[X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ______ City ______ State ______ ZIP ______ Phone (___)______

INMATE NAME:

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature** X Steven Cameron

**FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance Name Employee # Date/Time

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.
**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ______ (Supervisor), on ______ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[X] YES* [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

REFERENCE NUMBER:

| NAME (NOMBRE) | BOOKING NUMBER (SU NÚMERO DE PRESO) | FACILITY (FACILIDAD) | HOUSING LOC. (LUGAR DE VIVIENDA) | DATE (FECHA) |
|---|---|---|---|---|
| STEVEN CAMERON | 5316831 | MCJ | 8119 | 9-20-18 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | | MEDICAL/MENTAL | STAFF |
|---|---|---|---|
| [ ] Living conditions | [ ] Classification | [X] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food | [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers | [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | | [X] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [ ] Mail | | [ ] Other (explain below) | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | | [ ] Retaliation |
| [ ] Educational/Vocational Programs | | | [ ] Harassment |
| [ ] Other (explain below) | | | [ ] Racial or identity profiling |
| | | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

I have a Heart Condition and have Run out of Self meds Nitroglycerin SL 0.4 mg Tab
I can not shower due to my condition I need help because the washing movement Quick

*If needed, additional space is provided on the back of this page.*

INMATE NAME:

[X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ______________ City ________ State ______ ZIP _______ Phone (___)__________

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature**
X

**---------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----------**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance Name Employee # Date/Time

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.

**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ______________ (Supervisor), on ______________ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

REFERENCE NUMBER:

Is this grievance an emergency?
¿Es ésta queja una emergencia?

[X] YES [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

| NAME (NOMBRE) | BOOKING NUMBER (SU NÚMERO DE PRESO) | FACILITY (FACILIDAD) | HOUSING LOC. (LUGAR DE VIVIENDA) | DATE (FECHA) |
|---|---|---|---|---|
| Steven Cameron | 5316821 | Twin Towers | [illegible] | 9-10-18 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| [ ] Living conditions [ ] Classification | [ ] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | [ ] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [ ] Mail | [ ] Other (explain below) | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | [ ] Retaliation |
| [X] Educational/Vocational Programs | | [ ] Harassment |
| [ ] Other (explain below) Sheriff Alvarez 272 | | [ ] Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

I was in GED Class from June to July 2018 under Sheriff Alvarez 272. I've since had a strike. I have received no jail credits as of this date (over)

*If needed, additional space is provided on the back of this page.*

[ ] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ____________ City ________ State ______ ZIP ______ Phone (___)__________

INMATE NAME:

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature**
x

**FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance — Name — Employee # — Date/Time

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.

**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ____________ (Supervisor), on ____________ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[X] YES* [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

REFERENCE NUMBER:

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| STEVEN CAMERON | 5316851 | [illegible] | [illegible] | 11-10-1[illegible] |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | | MEDICAL/MENTAL | STAFF |
|---|---|---|---|
| [ ] Living conditions | [ ] Classification | [ ] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food | [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers | [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | | [ ] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [ ] Mail | | | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | [X] Other (explain below) | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | JAIL CREDIT FOR THE [illegible] | [ ] Retaliation |
| [X] Educational/Vocational Programs | | [illegible] | [ ] Harassment |
| [ ] Other (explain below) | | | [ ] Racial or identity profiling |
| | | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

AT ALL TIMES [illegible] TO [illegible] JAIL CAR[illegible]
TO REDUCE MY TIME. I'VE SENT (5) [illegible]
MCI NO ANSWER UNDER THE [illegible]
TO [illegible]

*If needed, additional space is provided on the back of this page.*

[X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ______ City ______ State ______ ZIP ______ Phone (___)______

INMATE NAME:

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature** X Steven Cameron

**-------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance — Name — Employee # — Date/Time

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.
**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ______ (Supervisor), on ______ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

CAMERON STEVEN 5316831 1-23-17

And I should be afforded those Jail credits (42) days per year. I've tried to obtain those credits (42). I am Disable in a wheelchair. Please afford me with the Jail credits

REFERENCE NUMBER:

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[X] YES* [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| [ ] Living conditions [ ] Classification | [ ] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | [ ] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [ ] Mail | [ ] Other (explain below) | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | [ ] Use of force |
| [X] Clothing/Linen/Bedding | | [ ] Retaliation |
| [X] Educational/Vocational Programs | | [ ] Harassment |
| [ ] Other (explain below) | | [ ] Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

[illegible handwriting] ... given.

*If needed, additional space is provided on the back of this page.*

INMATE NAME:

[X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ______________ City ________ State ______ ZIP ______ Phone (___)________

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature** X [signature]

**--- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ---**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance Name Employee # Date/Time

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.

**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ______________ (Supervisor), on ______________ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

REFERENCE NUMBER:

Is this grievance an emergency?
¿Es ésta queja una emergencia?

[X] YES* [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| Steven Cameron | 5316831 | MCJ | 8119 | 9-26-18 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | | MEDICAL/MENTAL | STAFF |
|---|---|---|---|
| [ ] Living conditions | [ ] Classification | [X] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food | [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers | [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | | [X] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [ ] Mail | | [ ] Other (explain below) | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | | [ ] Retaliation |
| [ ] Educational/Vocational Programs | | | [ ] Harassment |
| [ ] Other (explain below) | | | [ ] Racial or identity profiling |
| | | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

They ARE PROV[illegible] me with Self [illegible] W[illegible] EVEN SEE[illegible] my TAE without Any EKG! I'VE Run out of this [illegible] with [illegible] OVER.

*If needed, additional space is provided on the back of this page.*

[X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ________ City ________ State ______ ZIP ______ Phone (___)________

INMATE NAME:

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature**
X

**------------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------------**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance Name Employee # Date/Time

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.
**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ____________ (Supervisor), on ____________ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[X] YES* [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

REFERENCE NUMBER:

| NAME (NOMBRE) | BOOKING NUMBER (SU NÚMERO DE PRESO) | FACILITY (FACILIDAD) | HOUSING LOC. (LUGAR DE VIVIENDA) | DATE (FECHA) |
|---|---|---|---|---|
| Steven Cameron | 5316851 | CTC | 3W | 11-7-18 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| [ ] Living conditions [ ] Classification | [ ] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | [X] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [ ] Mail | [ ] Other (explain below) | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | [ ] Retaliation |
| [ ] Educational/Vocational Programs | | [ ] Harassment |
| [ ] Other (explain below) | | [ ] Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

There is NO ADA Representative at all in this facility. I need help and want to see an ADA Representative.

*If needed, additional space is provided on the back of this page.*

INMATE NAME:

[X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ______________ City ________ State ______ ZIP _______ Phone (___)__________

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature**
**X** Steven Cameron

**-------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------------------**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance Name Employee # Date/Time

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.

**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ______________ (Supervisor), on ______________ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[X] YES* [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

REFERENCE NUMBER:

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| STEVEN CAMERON | 5?06?31 | CTC | 3 ?? | |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| [ ] Living conditions [ ] Classification | [ ] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | [ ] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [ ] Mail | [ ] Other (explain below) | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | [ ] Retaliation |
| [ ] Educational/Vocational Programs | | [ ] Harassment |
| [X] Other (explain below) RECALULATION of JAIL TIME | | [ ] Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

AS A STATE INMATE DOING A STATE SENTENCE ... SHOULD ... @ 33% ... OF SENTENCE IS 5 MONTHS ... I AM SICK ... IN A WHEELCHAIR ... CONDITION ON A OXYGEN TANK IN CTC ... PLEASE ...

*If needed, additional space is provided on the back of this page.*

INMATE NAME:

[X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ______________ City ________ State ______ ZIP ______ Phone (___)__________

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature** X Steven Cameron

**-------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------------------------------------**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance Name Employee # Date/Time

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.
**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ______________ (Supervisor), on ______________ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

CAMERON STEVEN 5316831 1-23-19

I have A NON-Violent CRime 470A Penal Code Forgery UNDER $950.00 of DRIVERS License ONly. This is A PROP 47 CASE That falls in The guildsline of PROP 47. I have A Chronic illness AT 69 years of Age AND I've Done my Time 5 months

"Payan Officer"

REFERENCE NUMBER:

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[X] YES* [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| Steven Cameron | [illegible] | [illegible] | [illegible] | 11-4-18 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| [ ] Living conditions [ ] Classification | [ ] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | [ ] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [X] Mail | [ ] Other (explain below) | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | [ ] Retaliation |
| [ ] Educational/Vocational Programs | | [ ] Harassment |
| [ ] Other (explain below) | | [ ] Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

I Am Not [illegible] My Legal [illegible] From [illegible] [illegible] From [illegible]. Please [illegible]

*If needed, additional space is provided on the back of this page.*

[X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.

[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address ______________ City ________ State ____ ZIP _____ Phone (___)________

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

INMATE NAME:

**Inmate's Signature** x Steven Cameron

**------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -------------------------------**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**EMERGENCY GRIEVANCES ONLY**

*Watch commander notified of emergency grievance: Name Employee # Date/Time

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.

**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ______________ (Supervisor), on ______________ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

Is this grievance an emergency?
¿Es ésta queja una emergencia?

[X] YES* [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

REFERENCE NUMBER:

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| STEVEN CAMERON | 5316831 | MCJ | 8119 | 9-24-18 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| [ ] Living conditions [ ] Classification | [ ] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | [ ] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [X] Mail | [ ] Other (explain below) | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | [ ] Retaliation |
| [ ] Educational/Vocational Programs | | [ ] Harassment |
| [ ] Other (explain below) | | [ ] Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

I HAVE LEGAL MAIL THAT HAS BEEN SENT TO ME THAT I HAVE NOT RECEIVED, PLUS REG. MAIL OVER 1 MONTH AND BOOKS

*If needed, additional space is provided on the back of this page.*

INMATE NAME:

[X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ____________ City ________ State ______ ZIP _______ Phone (___)__________

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature X Steven Cameron

**--------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ---------------**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance Name Employee # Date/Time

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.
**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ____________ (Supervisor), on ____________ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

REFERENCE NUMBER:

Is this grievance an emergency?
¿Es ésta queja una emergencia?

[X] YES [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| Steven Cameron | 5316831 | Twin Towers | CTC 331 | 9-11-18 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| [ ] Living conditions [ ] Classification | [ ] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | [ ] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [X] Mail | [ ] Other (explain below) | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | [ ] Retaliation |
| [ ] Educational/Vocational Programs | | [ ] Harassment |
| [ ] Other (explain below) | | [ ] Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

I have not received my legal mail from Appeal Project. Twice I've called them and has been sent under my booking # 5316831 Kenneth Steven Cameron Steven Cameron.

*If needed, additional space is provided on the back of this page.*

INMATE NAME:

[X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ____________ City ________ State ______ ZIP ______ Phone (___)________

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature**
x S. Cameron

**FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance Name Employee # Date/Time

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.

**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ____________ (Supervisor), on ____________ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

REFERENCE NUMBER:

Is this grievance an emergency?
¿Es ésta queja una emergencia?

☒ YES ☐ NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

| NAME (NOMBRE) | BOOKING NUMBER (SU NÚMERO DE PRESO) | FACILITY (FACILIDAD) | HOUSING LOC. (LUGAR DE VIVIENDA) | DATE (FECHA) |
|---|---|---|---|---|
| Steven Cameron | 5316831 | MCJ | 8117 | 4-27-18 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | | MEDICAL/MENTAL | STAFF |
|---|---|---|---|
| ☐ Living conditions | ☐ Classification | ☐ Medical Services (Place in envelope) | ☐ Custody Personnel |
| ☐ Food | ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers | ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | | ☐ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☒ Mail | | ☐ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | | ☐ Harassment |
| ☐ Other (explain below) | | | ☐ Racial or identity profiling |
| | | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

My being held for over a month (legal mail)
My Books are being sent back. my tracking
Number for books is
9341989692090177754789 over

*If needed, additional space is provided on the back of this page.*

☒ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ______ City ______ State ______ ZIP ______ Phone (___)______

INMATE NAME:

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature** X Steven Cameron

**---------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----------**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance — Name — Employee # — Date/Time

This grievance ☐ was ☐ was not handled as an emergency. If not, please explain below.
**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| ☐ SUSTAINED | ☐ GRANTED | |
| ☐ SUSTAINED IN PART | ☐ GRANTED IN PART | |
| ☐ NOT SUSTAINED | ☐ DENIED | |
| ☐ INCONCLUSIVE | ☐ RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ______ (Supervisor), on ______ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[X] YES* [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

REFERENCE NUMBER:

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| Steven Cameron | 5316831 | CTC | 3W | 10-6-18 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| [ ] Living conditions [ ] Classification | [ ] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | [ ] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [X] Mail | [ ] Other (explain below) | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | [ ] Retaliation |
| [ ] Educational/Vocational Programs | | [ ] Harassment |
| [ ] Other (explain below) | | [ ] Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

I Register To Vote with The ACLU 10-18-18 Reg. #746373
I've never received my Voting ballot for The Nov 6, 2018
Election. I will Report This To The Postal Inspectors
of The United States

*If needed, additional space is provided on the back of this page.*

[X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ____________ City ________ State ______ ZIP _______ Phone (___)__________

INMATE NAME:

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature** X Steven Cameron

**FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance — Name — Employee # — Date/Time

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.

**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ______________ (Supervisor), on ______________ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

Is this grievance an emergency?
¿Es ésta queja una emergencia?

X YES NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

REFERENCE NUMBER:

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions ☐ Classification | ☐ Medical Services (Place in envelope) | ☐ Custody Personnel |
| ☐ Food ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☒ Mail | ☐ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☐ Other (explain below) | | ☐ Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|

[illegible]

*If needed, additional space is provided on the back of this page.*

☒ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ______________ City ________ State _____ ZIP _______ Phone (___)__________

INMATE NAME:

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature**
**X** [illegible]

**-------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------------------**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

*Watch commander notified of emergency grievance Name Employee # Date/Time

This grievance ☐ was ☐ was not handled as an emergency. If not, please explain below.
**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| FINDINGS | RELIEF | |
| ☐ SUSTAINED | ☐ GRANTED | |
| ☐ SUSTAINED IN PART | ☐ GRANTED IN PART | |
| ☐ NOT SUSTAINED | ☐ DENIED | |
| ☐ INCONCLUSIVE | ☐ RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: ______________ (Supervisor), on ______________ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

STEVEN CAMERON # 5316831
P.O. Box 86164
Los Angeles, CA. 90086-0164







DDP

United States District Cou
West Temple Street
Los Angeles, CA. 90012
C/o COURT CLERK

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 27 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Legal Mail