KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
STEVEN H. ROSENBAUM, Chief
MAURA KLUGMAN, Acting Special Counsel
LUIS E. SAUCEDO, Trial Attorney
MAGGIE FILLER, Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
    150 M. Street NE
    Washington, D.C. 20001
    Telephone: (202) 305-0053
    Email: maura.klugman@usdoj.gov
        luis.e.saucedo@usdoj.gov
        maggie.filler@usdoj.gov

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
KAREN P. RUCKERT
Assistant United States Attorney
Chief, Civil Rights Section, Civil Division
MATTHEW NICKELL (Cal. Bar No. 304828)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8805
    Facsimile: (213) 894-7819
    Email: matthew.nickell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>    Defendants. | Case No. 2:15-cv-5903-DDP-JEM<br><br>**NOTICE OF LODGING OF PROPOSED ORDER REGARDING SETTLEMENT PROVISIONS THAT WILL IMMIMENTLY REACH SUBSTANTIAL COMPLIANCE AND IMPLEMENTATION PLANS**<br><br>Hon. Dean D. Pregerson<br>United States District Judge |

TO ALL PARTIES AND THE CLERK OF THE ABOVE-ENTITLED COURT:

The United States hereby lodges the Parties' [Proposed] Order Regarding Settlement Provisions That Will Imminently Reach Substantial Compliance and Implementation Plans, pursuant to the Court's minute order (ECF Doc. 183), following the January 14, 2022 status conference before the Court.

Plaintiff-Intervenors, Defendants County of Los Angeles and Los Angeles County Sheriff, and the Monitor have reviewed the attached Proposed Order and agree it accurately reflects the agreed-upon terms set forth in the Parties' December 15, 2021 Joint Status Report, ECF Doc. 180.

Dated: January 21, 2022

TRACY L. WILKISON
United States Attorney
Central District of California

DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

/s/ Karen P. Ruckert
KAREN P. RUCKERT
Assistant United States Attorney
Chief, Civil Rights Section, Civil Division

/s/ Matthew Nickell
MATTHEW NICKELL
Assistant United States Attorney
Civil Rights Section, Civil Division

Respectfully,

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief, Special Litigation Section
Civil Rights Division

/s/ Maura Klugman
MAURA KLUGMAN
Acting Special Counsel, Special Litigation Section
Civil Rights Division

/s/ Luis E. Saucedo
LUIS E. SAUCEDO
Trial Attorney, Special Litigation Section
Civil Rights Division

/s/ Maggie Filler
Maggie Filler
Trial Attorney, Special Litigation Section
Civil Rights Division

*Attorneys for the United States of America*

2