UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>Defendants. | Case No. 2:15-cv-5903-DDP-JEM<br><br>**[PROPOSED] ORDER REGARDING SETTLEMENT PROVISIONS THAT WILL IMMINENTLY REACH SUBSTANTIAL COMPLIANCE AND IMPLEMENTATION PLANS**<br><br>Hon. Dean D. Pregerson<br>United States District Judge |

**[PROPOSED] ORDER**

Having reviewed the Parties' Joint Status Report filed on December 15, 2021, ECF Doc. 180, following a telephonic conference with the Parties on January 14, 2022, ECF Doc. 183, and good cause appearing,

IT IS HEREBY ORDERED that:

1.  The County of Los Angeles (the "County") has represented that it has achieved, or projects it will achieve on or before June 30, 2022, substantial compliance

with provisions 28, 41, 47, 61, 62, 68, 77, and 85, of the Parties' settlement agreement, such that no implementation plans are required for those provisions. To ensure there are no delays in determining whether the County has achieved substantial compliance by the stated substantial compliance dates, the County shall perform self-assessments of these provisions no later than the next quarter after the County claims the provisions have or will imminently achieve substantial compliance, i.e., by June 30, 2022, in accordance with the Parties' Joint Status Report, ECF Doc. 180 at 4;

2. The County shall provide implementation plans to the United States and the Monitor for the following twenty-one provisions of the Joint Settlement Agreement: 25, 26, 36, 37, 39, 40, 42, 43, 52, 53, 57, 58, 63, 64, 65, 66, 67, 70, 79, 80, 81. The implementation plans shall include specific elements to serve as a roadmap to achieve substantial compliance. These elements shall include short- and long-term goals with concrete steps to overcome barriers to compliance and achieve substantial compliance, the allocation of responsibilities to specific staff to ensure accountability, and timetables to achieve substantial compliance with all outstanding requirements of the settlement agreement within two years. The County shall provide these implementation plans to the United States and the Monitor in two batches, the first of which shall be due on January 31, 2022, and the second on April 1, 2022, according to the following schedule:

| Deadline to Provide Draft Plans | Provisions | Issue Area(s) |
|---|---|---|
| 1/31/22 | 25, 26, 36, 37, 39, 40, 42, 43, 52, 53, 57, 58, 65, 67 | Clinician Assessments, Safety Checks, Medication, Suicide Prevention |
| 4/1/22 | 63, 64, 66, 70, 79, 80, 81 | Mental Health Housing, Treatment and Therapy, Use of Force |

3. To the extent the County determines that substantial compliance with all outstanding requirements of the settlement agreement will not be achieved within two years of the effective date of any provision's implementation plan, the County shall immediately contact the United States and Monitor. This shall not, however, affect the

2

United States' right to enforce the settlement agreement at any time in accordance with provision 117 of the settlement agreement;

    4.    The County shall provide the United States and Monitor an expedited self-assessment for provision 31 on or before March 15, 2022, based on a revised methodology for that provision to which the United States and the County agreed on January 10, 2022 with the Monitor's concurrence. Based on the results of that expedited self-assessment, the County shall determine whether the provision will imminently reach substantial compliance, i.e. reach substantial compliance by June 30, 2022, and advise the United States and the Monitor if this is the case. If the County determines the provision will not achieve substantial compliance by June 30, 2022, then the County shall develop an implementation plan for provision 31 as well, and provide it to the United States and the Monitor with sufficient time for the plan to be finalized no later than May 15, 2022;

    5.    The Parties shall adhere to the following process by which the United States and the Monitor will review and comment on all implementation plans the County provides before their adoption, and regarding the resolution of any disputes:

- Within 15 days after the United States and Monitor receive a draft implementation plan from the County, each will provide comments, including recommended revisions, on those plans to the County. The Monitor may, however, extend this deadline by 10 days, either at his own discretion or at the request of the United States;
- Ten days after receiving input from the United States and the Monitor, the County must provide a response including, if applicable, a revised version of the implementation plan(s) at issue. The Monitor may, however, extend this deadline by 10 days, either at his own discretion or at the request of the County;
- Within ten days after receiving the County's response and any revised plan(s), the County and the United States must meet and confer regarding

3

any disagreements. The Monitor may assist the Parties in reaching a mutually agreeable resolution to any such disputes;

- If, however, the Parties are unable to resolve a dispute, then each party shall submit its respective position regarding the contested aspects of the implementation plan(s) at issue to the Court. The mechanism for this will be by setting forth the grounds of the disagreement, each party's proposed resolution, and the Monitor's view, in a joint filing submitted to the Court on or before May 1, 2022; and
- As soon as the Parties reach agreement on an implementation plan or a plan is finalized through involvement of the Court as described above, the County will immediately begin implementation of the plan if it has not already done so; and

6. In accordance with the Joint Status Report filed on December 15, 2021, ECF Doc. 180, the County created an implementation plan for provision 34 that it shared with the United States, the Plaintiff-Intervenors ("Intervenors"), and the Monitor on December 15, 2021. The United States, the Intervenors, and the Monitor provided comments on the draft plan on January 5, 2022. The County provided a response to the United States, the Intervenors, and the Monitor on January 18, 2022. The Parties shall meet and confer regarding the proposed implementation plan for provision 34 and any disagreements on or before January 28, 2022. To the extent the Parties are unable to resolve a dispute regarding the implementation plan for provision 34, then by February 18, 2022, the Parties shall submit a joint filing setting forth the grounds of the disagreement, as well as each party's proposed resolution. The Parties shall apprise the Court of any remaining disagreements regarding provision 34 during the next status

//
//
//
//

conference scheduled for March 11, 2022 at 10:00 a.m. PT. The implementation plan for provision 34 shall be fully adopted and finalized before March 14, 2022.

IT IS SO ORDERED.

Dated: _____   _____
                                    The Honorable Dean D. Pregerson
                                    United States District Judge

Presented by:

Dated: January 21, 2022

| | |
|---|---|
| TRACY L. WILKISON<br>United States Attorney<br>Central District of California | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division | STEVEN H. ROSENBAUM<br>Chief, Special Litigation Section<br>Civil Rights Division |
| /s/ Karen P. Ruckert<br>KAREN P. RUCKERT<br>Assistant United States Attorney<br>Chief, Civil Rights Section, Civil Division | /s/ Maura Klugman<br>MAURA KLUGMAN<br>Acting Special Counsel, Special Litigation Section<br>Civil Rights Division |
| /s/ Matthew Nickell<br>MATTHEW NICKELL*<br>Assistant United States Attorney<br>Civil Rights Section, Civil Division | /s/ Luis E. Saucedo<br>LUIS E. SAUCEDO<br>Trial Attorney, Special Litigation Section<br>Civil Rights Division |
| | /s/ Maggie Filler<br>Maggie Filler<br>Trial Attorney, Special Litigation Section<br>Civil Rights Division |
| | *Attorneys for the United States of America* |

[Additional signatures on next page]

Dated: January 21, 2022          FOR DEFENDANTS:

/s/ Robert Dugdale
ROBERT DUGDALE
Kendall Brill & Kelly LLP

*Attorneys for the County of Los Angeles and Los Angeles County Sheriff*

Dated: January 21, 2022          FOR PLAINTIFF-INTERVENORS:

/s/ Grant Davis-Denny
GRANT DAVIS-DENNY
Munger, Tolles & Olson LLP

\* I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.