1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8      FOR THE CENTRAL DISTRICT OF CALIFORNIA
9              WESTERN DIVISION

10   UNITED STATES OF AMERICA,           Case No. 2:15-cv-5903-DDP-JEM

11           Plaintiff,                  **ORDER REGARDING TIMING OF**
                                         **SUBMISSION OF JOINT FILING**
12           v.                          **REGARDING IMPLEMENTATION**
                                         **PLANS**
13   COUNTY OF LOS ANGELES et al.,

14           Defendants.

15
16
17
18        The Court has read and considered the Stipulation Regarding Timing of

19   Submission of Joint Filing Regarding Implementation Plans between the United States

20   of America and the County of Los Angeles and Los Angeles County Sheriff (the

21   "County") (the "Parties").

22        FOR GOOD CAUSE SHOWN:

23        Paragraph 5 of the Court's Order, dated January 24, 2022, ECF No. 185, is

24   amended to allow the Parties until May 13, 2022 -- rather than May 1, 2022 -- to make a

25   joint filing setting forth their respective positions regarding any contested aspects of the

26   proposed implementation plans being provided by the County to the United States and

27   Monitor.  Consistent with the January 24, 2022 Order, this joint filing will set forth the

28   \\\

grounds of any disagreement between the Parties, each Party's proposed resolution, and the Monitor's view on the subject.

IT IS SO ORDERED.


April 15, 2022
DATE

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE


Presented by:

/s/Robert E. Dugdale
ROBERT E. DUGDALE
Kendall Brill & Kelly LLP

*Attorneys for the County of*
*Los Angeles and the Los Angeles*
*County Sheriff*