UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 15-5903-DDP-JEMx | Date | October 3, 2022 |
|---|---|---|---|
| Title | United States of America v. County of Los Angeles, et al. | | |

| Present: The Honorable | Dean D. Pregerson, United States District Judge | |
|---|---|---|
| K. Pastrana Hernandez | Maria Bustillos | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Matthew Nickell, Margaret Chen, Luis Saucedo | Robert Dugdale, Richard Lucero, James Touchstone, Dylan Ford |

**Proceedings:** **In Chambers: HEARING ON MOTION FOR ORDER APPOINTING CONFLICT COUNSEL [202]**

Also present on behalf of the Plaintiff Intervener is Malka Zeefe. Counsel conferred with the Court on the Motion.

As reflected on the record, the MOTION for Order for Appointing Conflict Counsel and for Declaration of Conflict Between County of Los Angeles and Los Angeles County Sheriff [202] is taken under submission.

Initials of Preparer   KMH
1:20