KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
STEVEN H. ROSENBAUM, Chief
MAURA KLUGMAN, Deputy Chief
LUIS E. SAUCEDO, Trial Attorney
MAGGIE FILLER, Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
        150 M. Street NE
        Washington, D.C.  20001
        Telephone: (202) 305-0053
        Email:  luis.e.saucedo@usdoj.gov | maggie.filler@usdoj.gov
STEPHANIE S. CHRISTENSEN
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Chief, Civil Rights Section, Civil Division
MATTHEW NICKELL (Cal. Bar No. 304828)
MARGARET CHEN (Cal. Bar No. 288294)
Assistant United States Attorneys
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-8805/3148, Facsimile: (213) 894-7819
        Email: matthew.nickell@usdoj.gov | margaret.chen@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>Defendants. | Case No. 2:15-cv-5903-DDP-JEM<br><br>**STIPULATION FOR COURT ORDER SETTING DEADLINES FOR SUBSTANTIAL COMPLIANCE; [PROPOSED] ORDER**<br><br>Hon. Dean D. Pregerson<br>United States District Judge |

1    Plaintiff United States of America, Defendants County of Los Angeles and Los

2    Angeles County Sheriff (collectively, "Defendants"), and Plaintiff-Intervenors hereby

3    stipulate to (i) certain agreed-upon deadlines for substantial compliance that partially

4    resolve the United States' pending Motion for Court Order Setting Deadlines for

5    Substantial Compliance (the "Motion") (ECF No. 227); and (ii) a procedure for

6    Defendants to provide the United States a counter-proposal to the deadlines and interim

7    benchmarks advocated in the Motion for provisions 63, 64, and 80. The parties submit

8    that good cause for the stipulation exists for the following reasons:

9        1.    On November 10, 2022, the United States filed the Motion. ECF No. 227.

10       2.    During a status conference on November 14, 2022, the Court directed the

11   United States and Defendants to meet and confer further regarding the Motion and its

12   proposed deadlines to determine the necessity of a hearing on the Motion scheduled for

13   December 19, 2022. ECF No. 229.

14       3.    On November 28, 2022, Defendants filed a Response to the Motion. ECF

15   No. 230. On December 5, 2022, the United States filed a Reply in support of its Motion.

16   ECF No. 231.

17       4.    The United States and Defendants met and conferred on December 9, 14,

18   16, and 20, 2022, regarding the Motion and its proposed deadlines. The United States

19   and Defendants reached or neared agreement on most issues raised in the Motion,

20   including deadlines associated with specific actions Defendants have agreed to take to

21   bring settlement provisions 63, 64, and 80 closer to substantial compliance

22   (corresponding to paragraph 2 of the United States' proposed order, ECF No. 227-2 at 4–

23   6); deadlines for Defendants to reach substantial compliance as to certain specific

24   settlement provisions  (corresponding to paragraph 3 of the United States' proposed

25   order, *id.* at 6–7)[1]; and a deadline of June 30, 2024 for Defendants to reach substantial

26   compliance with additional remaining settlement provisions (corresponding to paragraph

27
28
_____

[1] The deadline for Defendants to reach substantial compliance with settlement provision
34 was also agreed to by Plaintiff-Intervenors.

1    4 of the United States' proposed order, *id.* at 7).

2        5.    The United States and Defendants have thus far been unable to reach

3    agreement on substantial compliance deadlines or interim benchmarks for settlement

4    provisions 63, 64, and 80 (corresponding to paragraph 1 of the United States' proposed

5    order, *id.* at 1–4).

6        6.    Defendants informed the United States they are awaiting the completion of

7    a report-back to the County Board of Supervisors on proposed steps to reduce the

8    demand for mental health services in the Los Angeles County Jail system (the "Jails"),

9    including through diversion to community-based care, in order to determine their

10   position on substantial compliance deadlines and interim benchmarks for settlement

11   provisions 63, 64, and 80.

12       7.    Defendants informed the United States that this report-back would be

13   complete by January 31, 2023, and Defendants agreed to inform the United States by

14   February 6, 2023 whether they agree to the United States' proposed deadlines and

15   interim benchmarks for provisions 63, 64, and 80 advocated in the Motion, and, if they

16   do not agree, to provide alternative substantial compliance deadlines and interim

17   benchmarks for those provisions.

18       8.    On December 16, 2022, the United States and Defendants informed the

19   Court that they had reached agreement or were close to agreement on many issues raised

20   in the Motion. The parties proposed that: (1) by December 23, 2022, the parties would

21   submit the instant Stipulation and Proposed Order for agreed-upon deadlines for

22   substantial compliance that partially resolve the Motion; (2) by February 6, 2023,

23   Defendants would provide the United States a counter-proposal to the deadlines and

24   benchmarks for provisions 63, 64, and 80 advocated in the Motion; and (3) the hearing

25   on the Motion be continued from December 19, 2022—which the Court indicated was

26   no longer available—to February 13, 2023.

27       9.    The Court has continued the hearing on the Motion to February 13, 2023.

28   ECF No. 232.

1    In light of the foregoing, it is hereby stipulated and agreed upon by the United

2   States of America, Defendants, and Plaintiff-Intervenors that, subject to the Court's

3   approval, the concurrently filed Proposed Order, which is the culmination of the

4   discussions and agreements reached between the United States, Defendants, and

5   Plaintiffs-Intervenors addressed above, be entered as an Order of the Court.

6

7   Dated: December 23, 2022                    FOR THE UNITED STATES:

8
    STEPHANIE S. CHRISTENSEN                    KRISTEN CLARKE
9   Attorney for the United States              Assistant Attorney General
    Acting Under Authority Conferred by 28      Civil Rights Division
10  U.S.C. § 515
                                                STEVEN H. ROSENBAUM
11  DAVID M. HARRIS                             Chief, Special Litigation Section
    Assistant United States Attorney            Civil Rights Division
12  Chief, Civil Division
                                                MAURA KLUGMAN
13  RICHARD M. PARK                             Deputy Chief, Special Litigation Section
    Assistant United States Attorney            Civil Rights Division
14  Chief, Civil Rights Section, Civil Division
                                                 _/s/ Luis E. Saucedo_____
15   _/s/ Matthew Nickell_____      LUIS E. SAUCEDO
    MATTHEW NICKELL                             Trial Attorney, Special Litigation Section
16  Assistant United States Attorney            Civil Rights Division
    Civil Rights Section, Civil Division
17                                              MAGGIE FILLER
     _/s/ Margaret M. Chen*_____     Trial Attorney, Special Litigation Section
18  MARGARET M. CHEN                            Civil Rights Division
    Assistant United States Attorney
19  Civil Rights Section, Civil Division        *Attorneys for the United States of America*

20
    Dated: December 23, 2022                    FOR DEFENDANTS:
21

22                                               _/s/ Robert E. Dugdale_____
                                                ROBERT E. DUGDALE
23                                              Kendall Brill & Kelly LLP

24

25                                              *Attorneys for the County of Los Angeles
                                                and Los Angeles County Sheriff*
26

27

28

                                    4

Dated: December 23, 2022                    FOR PLAINTIFF-INTERVENORS:

                                            _____/s/ Grant Davis-Denny_____
                                            GRANT DAVIS-DENNY
                                            Munger, Tolles & Olson LLP

\* I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.