UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 15-5903 DDP (JEMx) | Date | February 13, 2023 |
|---|---|---|---|
| Title | United States America v. County of Los Angeles, et al. | | |

| Present: The Honorable | DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Vanessa Figueroa | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant and Receiver: |
| Matthew E. Nickell, Margaret Ming Chen, Luis E. Saucedo, Grant Davis-Denny | Robert E. Dugdale, Dylan Ford |

**Proceedings:** **MOTION FOR ORDER SETTING DEADLINES FOR SUBSTANTIAL COMPLIANCE [227]**

Observing by Phone: Nicholas E. Mitchell, Monitor

Court and counsel confer as stated on the record.

A separate order with a ruling on the pending motion and a further hearing date will issue.

|  | 1 : 00 |
|---|---|
| Initials of Preparer | vdr |