# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>　　　　Defendants. | Case No. 2:15-cv-5903-DDP-JEM<br><br>**[PROPOSED] ORDER SETTING ALTERNATIVE TIMELINES FOR COMPLIANCE WITH PROVISIONS 63, 64, AND 80 OF THE SETTLEMENT AGREEMENT**<br><br>Courtroom 9C<br>Honorable Dean D. Pregerson |

Having reviewed the Proposed Alternative Timelines to Come into Compliance With Provisions 63, 64, and 80 of the Settlement Agreement of the County of Los Angeles and the Los Angeles County Sheriff (together, "Defendants"), filed on February 17, 2023, and good cause appearing,

IT IS HEREBY ORDERED that the following alternative timelines for Defendants' compliance with Paragraphs 63, 64, and 80 shall be set:

**Alternative Benchmarks and Timeline for Provision 63**

* By the end of the second quarter of 2023, at least **50%** of incarcerated individuals must wait no more than seven days in mental health housing intake areas before transferring to permanent mental health housing.

* By the end of the third quarter of 2023, at least **55%** of incarcerated individuals must wait no more than seven days in mental health housing intake areas before transferring to permanent mental health housing.

* By the end of the fourth quarter of 2023, at least **60%** of incarcerated individuals must wait no more than seven days in mental health housing intake areas before transferring to permanent mental health housing.

* By the end of the first quarter of 2024, at least **65%** of incarcerated individuals must wait no more than seven days in mental health housing intake areas before transferring to permanent mental health housing.

* By the end of the second quarter of 2024, at least **70%** of incarcerated individuals must wait no more than seven days in mental health housing intake areas before transferring to permanent mental health housing.

* By the end of the third quarter of 2024, at least **75%** of incarcerated individuals must wait no more than seven days in mental health housing intake areas before transferring to permanent mental health housing.

* By the end of the fourth quarter of 2024, at least **80%** of incarcerated individuals must wait no more than seven days in mental health housing intake areas before transferring to permanent mental health housing.

* By the end of the first quarter of 2025, at least **85%** of incarcerated individuals must wait no more than seven days in mental health housing intake areas before transferring to permanent mental health housing.

* By the end of the second quarter of 2025, at least **90%** of incarcerated individuals must wait no more than seven days in mental health housing intake areas before transferring to permanent mental health housing.

**Alternative Benchmarks and Timeline for Provision 64**

* By the end of the second quarter of 2023, the difference between the total number of P4 inmates and those receiving inpatient care must be **120** individuals.

* By the end of the third quarter of 2023, the difference between the total number of P4 inmates and those receiving inpatient care must be **100** individuals.

* By the end of the fourth quarter of 2023, the difference between the total number of P4 inmates and those receiving inpatient care must be **80** individuals.

* By the end of the first quarter of 2024, the difference between the total number of P4 inmates and those receiving inpatient care must be **70** individuals.

* By the end of the second quarter of 2024, the difference between the total number of P4 inmates and those receiving inpatient care must be **60** individuals.

* By the end of the third quarter of 2024, the difference between the total number of P4 inmates and those receiving inpatient care must be **40** individuals.

* By the end of the fourth quarter of 2024, the difference between the total number of P4 inmates and those receiving inpatient care must be **20** individuals.

* By the end of the first quarter of 2025, the difference between the total number of P4 inmates and those receiving inpatient care must be **10** individuals.

* By the end of the second quarter of 2025, the different between the total number of P4 inmates and those receiving inpatient care must be no greater than **five** individuals, and none of those individuals should wait longer than 24 hours for inpatient placement.

**Alternative Benchmarks and Timeline for Provision 80**

* By the end of the second quarter of 2023, 80% of HOH individuals will be offered a minimum of 10 hours of unstructured out-of-cell time per week, and 40% a minimum of 4 hours of structured out-of-cell time per week, with at least 2 such hours consisting of group programing.

* By the end of the third quarter of 2023, 85% of HOH individuals will be offered a minimum of ten hours of unstructured out-of-cell time per week, and 45% a minimum of 4.5 hours of structured out-of-cell time per week with at least 2.25 hours consisting of group programming.

* By the end of the fourth quarter of 2023, 90% of HOH inmates will be

offered a minimum of ten hours of unstructured out-of-cell time per week, and 50% a minimum of 5 hours of structured out-of-cell time per week with at least 2.5 such hours consisting of group programming.

* By the end of the first quarter of 2024, 95% of HOH individuals will be offered a minimum of ten hours of unstructured out-of-cell time per week, and 55% a minimum of 5.5 hours of structured out-of-cell time per week with at least 2.75 such hours consisting of group programming.

* By the end of the second quarter of 2024, 100% of HOH individuals will be offered a minimum of ten hours of unstructured out-of-cell time per week, and 60% a minimum of 6 hours of structured out-of-cell time per week with at least 3 such hours consisting of group programming.

* By the end of the third quarter of 2024, 100% of HOH individuals will be offered a minimum of ten hours of unstructured out-of-cell time per week, and 65% a minimum of 6.5 hours of structured out-of-cell time per week with at least 3.25 such hours consisting of group programming.

* By the end of the fourth quarter of 2024, 100% of HOH individuals will be offered a minimum of ten hours of unstructured out-of-cell time per week, and 70% a minimum of 7 hours of structured out-of-cell time per week with at least 3.5 such hours consisting of group programming.

* By the end of the first quarter of 2025, 100% of HOH individuals will be offered a minimum of ten hours of unstructured out-of-cell time per week, and 75% a minimum of 7.5 hours of structured out-of-cell time per week with at least 3.75 such hours consisting of group programming.

* By the end of the second quarter of 2025, 100% of HOH individuals will be offered a minimum of ten hours of unstructured out-of-cell time per week, and 80% a minimum of 8 hours of structured out-of-cell time per week with at least 4 such hours consisting of group programming.

* By the end of the third quarter of 2025, 100% of HOH individuals will be offered a minimum of ten hours of unstructured out-of-cell time per week, and 85% a minimum of 8.5 hours of structured out-of-cell time per week with at least 4.25 such hours consisting of group programming.

* By the end of the fourth quarter of 2025, 100% of HOH individuals will be offered a minimum of ten hours of unstructured out-of-cell time per week, and 90% a minimum of 9 hours of structured out-of-cell time per week with at least 4.5 such hours consisting of group programming.

* By the end of the first quarter of 2026, 100% of HOH individuals will be offered a minimum of ten hours of unstructured out-of-cell time per week, and 95% a minimum of 9.5 of structured out-of-cell time per week with at least 4.75

such hours consisting of group programming.

    \*    By the end of the second quarter of 2026, 100% of HOH individuals will be offered a minimum of ten hours of unstructured out-of-cell time per week, and 100% a minimum of 10 hours of structured out-of-cell per week with at least 5 such hours consisting of group programming.

    IT IS SO ORDERED.

Dated: _____

                                         Honorable Dean D. Pregerson
                                         United States District Court Judge

Respectfully Submitted,

By:    /s/ Robert E. Dugdale
      Robert E. Dugdale
      Attorneys for Defendants
      County of Los Angeles and Los
      Angeles County Sheriff Robert
      Luna

[PROPOSED] ORDER SETTING ALTERNATIVE TIMELINES FOR COMPLIANCE