OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
Interim County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:  (213) 974-1807
Facsimile:   (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California 90067-4013
Telephone: (310) 272-7904
Facsimile: (310) 286-0727

Attorneys for Defendants
County of Los Angeles and Los Angeles
County Sheriff Robert Luna, in his
Official Capacity

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>        Defendants. | Case No. 2:15-cv-5903-DDP-JEM<br><br>**NOTICE OF ERRATA RE: DEFENDANTS' PROPOSED ALTERNATIVE TIMELINES TO COME INTO COMPLIANCE WITH PARAGRAPHS 63, 64, AND 80 OF THE SETTLEMENT AGREEMENT**<br><br>Courtroom 9C<br>Hon. Dean D. Pregerson |

Defendants inadvertently failed to attach Exhibit A to Defendants' Proposed Alternative Timelines To Come Into Compliance With Provisions 63, 64, and 80 of the Settlement Agreement, filed on February 17, 2023.  Exhibit A is attached hereto.

DATED:  February 21, 2023	KENDALL BRILL & KELLY LLP

By:    /s/ Robert E. Dugdale
      Robert E. Dugdale
      Attorneys for Defendants
      County of Los Angeles and Los Angeles
      County Sheriff Robert Luna

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1
NOTICE OF ERRATA RE: DEFENDANTS' PROPOSED ALTERNATIVE TIMELINES TO COME INTO COMPLIANCE WITH PARAGRAPHS 63, 64, AND 80 OF THE SETTLEMENT AGREEMENT