KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
STEVEN H. ROSENBAUM, Chief
MAURA KLUGMAN, Deputy Chief
LUIS E. SAUCEDO, Trial Attorney
MAGGIE FILLER, Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
    150 M. Street NE
    Washington, D.C.  20001
    Telephone: (202) 305-0053
    Email:  luis.e.saucedo@usdoj.gov | maggie.filler@usdoj.gov
JOSEPH T. MCNALLY
First Assistant United States Attorney
Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Chief, Civil Rights Section, Civil Division
MATTHEW NICKELL (Cal. Bar No. 304828)
MARGARET CHEN (Cal. Bar No. 288294)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8805/3148, Facsimile: (213) 894-7819
    Email: matthew.nickell@usdoj.gov | margaret.chen@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>Defendants. | Case No. 2:15-cv-5903-DDP-JEM<br><br>**STIPULATION RE: UNITED STATES' RESPONSE TO DEFENDANTS' PROPOSED ALTERNATIVE TIMELINES TO COME INTO COMPLIANCE WITH PROVISIONS 63, 64 AND 80 OF THE SETTLEMENT AGREEMENT; [PROPOSED] ORDER**<br><br>Hon. Dean D. Pregerson<br>United States District Judge |

1    Plaintiff United States of America, and Defendants County of Los Angeles and
2  Los Angeles County Sheriff (collectively, "Defendants"), hereby stipulate that the
3  United States be granted leave to file a response to Defendants' Proposed Alternative
4  Timelines to Come Into Compliance with Provisions 63, 64, and 80 of the Settlement
5  Agreement, ECF No. 237, by February 27, 2023. The parties submit that good cause for
6  the stipulation exists for the following reasons:
7        1.    On November 10, 2022, the United States filed a Motion for Court Order
8  Setting Deadlines for Substantial Compliance ("the Motion"). ECF No. 227.
9        2.    During a status conference on November 14, 2022, the Court directed the
10  United States and Defendants to meet and confer further regarding the Motion and its
11  proposed deadlines to determine the necessity of a hearing on the Motion scheduled for
12  December 19, 2022. ECF No. 229.
13        3.    On November 28, 2022, Defendants filed a Response to the Motion. ECF
14  No. 230. On December 5, 2022, the United States filed a Reply in support of its Motion.
15  ECF No. 231.
16        4.    On December 23, 2022, the United States and Defendants filed a Stipulation
17  for Court Order Setting Deadlines for Substantial Compliance for agreed-upon deadlines
18  for substantial compliance that partially resolve the Motion, which the Court entered as
19  an Order. ECF Nos. 233, 234.
20        5.    On February 9, 2023, Defendants provided the United States with their
21  proposed deadlines and benchmarks for coming into substantial compliance with
22  provisions 63, 64, and 80. The parties met and conferred regarding Defendants'
23  counterproposal but did not reach any agreement.
24        6.    On February 13, 2023, the parties appeared for a hearing on the Motion.
25  The United States argued that the Court should enter its proposed deadlines for
26  provisions 63, 64, and 80. Defendants oppose the United States' proposed deadlines. At
27  the hearing, the Court ordered Defendants to file their proposed alternative deadlines by
28  February 17, 2023, which Defendants did. ECF No. 237. The Court also stated that the

1

1  United States would have an opportunity to respond to Defendants' proposed alternative

2  deadlines.

3       In light of the foregoing, it is hereby stipulated and agreed upon by the United

4  States of America and Defendants, subject to the Court's approval, that the United States

5  be granted leave to file a response to Defendants' Proposed Alternative Timelines by

6  February 27, 2023.

7  Dated: February 21, 2023                    FOR THE UNITED STATES:

8  JOSEPH T. MCNALLY                           KRISTEN CLARKE
   First Assistant United States Attorney      Assistant Attorney General
9  Attorney for the United States, Acting      Civil Rights Division
   Under Authority Conferred by 28 U.S.C.
10 § 515                                       STEVEN H. ROSENBAUM
                                               Chief, Special Litigation Section
11 DAVID M. HARRIS                             Civil Rights Division
   Assistant United States Attorney
12 Chief, Civil Division                       MAURA KLUGMAN
                                               Deputy Chief, Special Litigation Section
13 RICHARD M. PARK                             Civil Rights Division
   Assistant United States Attorney
14 Chief, Civil Rights Section, Civil Division     /s/ Luis E. Saucedo
                                               LUIS E. SAUCEDO
15     /s/ Matthew Nickell                     Trial Attorney, Special Litigation Section
   MATTHEW NICKELL                             Civil Rights Division
16 Assistant United States Attorney
   Civil Rights Section, Civil Division        MAGGIE FILLER
17                                             Trial Attorney, Special Litigation Section
       /s/ Margaret M. Chen*                   Civil Rights Division
18 MARGARET M. CHEN
   Assistant United States Attorney            Attorneys for the United States of America
19 Civil Rights Section, Civil Division

20
   Dated: February 21, 2023                    FOR DEFENDANTS:
21

22                                                 /s/ Dylan Ford
                                               DYLAN FORD
23                                             Senior Deputy County Counsel
                                               Los Angeles County Counsel's Office
24
                                               Attorneys for the County of Los Angeles
25                                             and Los Angeles County Sheriff

26

27       * Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and
   on whose behalf the filing is submitted, concur in the filing's content and have
28 authorized the filing.

2