UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>Defendants. | Case No. 2:15-cv-5903-DDP-JEM<br><br>**[PROPOSED] ORDER RE: UNITED STATES' RESPONSE TO DEFENDANTS' PROPOSED ALTERNATIVE TIMELINES TO COME INTO COMPLIANCE WITH PROVISIONS 63, 64 AND 80 OF THE SETTLEMENT AGREEMENT** |

Pursuant to the Stipulation filed by the parties, and for good cause shown, IT IS ORDERED that the United States file a response to Defendants' Proposed Alternative Timelines to Come Into Compliance with Provisions 63, 64, and 80 of the Settlement Agreement, by February 27, 2023.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Dean D. Pregerson
United States District Judge

Presented by:

FOR THE UNITED STATES:

JOSEPH T. MCNALLY
First Assistant United States Attorney
Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

STEVEN H. ROSENBAUM
Chief, Special Litigation Section
Civil Rights Division

RICHARD M. PARK
Assistant United States Attorney
Chief, Civil Rights Section, Civil Division

MAURA KLUGMAN
Deputy Chief, Special Litigation Section
Civil Rights Division

 /s/ Matthew Nickell
MATTHEW NICKELL
Assistant United States Attorney
Civil Rights Section, Civil Division

 /s/ Luis E. Saucedo
LUIS E. SAUCEDO
Trial Attorney, Special Litigation Section
Civil Rights Division

 /s/ Margaret M. Chen
MARGARET M. CHEN
Assistant United States Attorney
Civil Rights Section, Civil Division

MAGGIE FILLER
Trial Attorney, Special Litigation Section
Civil Rights Division

*Attorneys for the United States of America*

1