OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
Interim County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:  (213) 974-1807
Facsimile:   (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California 90067-4013
Telephone: (310) 272-7904
Facsimile: (310) 286-0727

Attorneys for Defendants
County of Los Angeles and Los Angeles
County Sheriff Robert Luna, in his
Official Capacity

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:15-cv-5903-DDP-JEM<br><br>**DEFENDANTS' NOTICE OF DESIGNATION OF POINT PERSON FOR DEFENDANTS' COMPLIANCE WITH THE SETTLEMENT AGREEMENT**<br><br>Courtroom 9C<br>Hon. Dean D. Pregerson |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, as indicated in Defendants' February 17, 2023 filing (ECF No. 237), the County of Los Angeles (the "County") today has designated a point person who will lead, and be answerable for, Countywide efforts to address the mental health problems in County jails and come into compliance with the Settlement Agreement.  That person is Margaret (Maggie) Carter, who has been a Senior Assistant County Counsel in the Los Angeles County Office of County Counsel since May 2021.  Before she joined the County, Ms. Carter was a partner at O'Melveny & Myers, where she was a member of the White Collar Defense and Corporate Investigations Practice Group and the Health Care Practice Group.  Ms. Carter also spent eight years as a prosecutor in the United States Attorney's Office for the Central District of California, where she focused on public corruption, civil rights, and sophisticated fraud cases.

DATED:  February 22, 2023          KENDALL BRILL & KELLY LLP

By:   s/ Robert E. Dugdale
      Robert E. Dugdale
      Attorneys for Defendants
      County of Los Angeles and Los Angeles
      County Sheriff Robert Luna

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067