UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cv-5903-DDP-JEMx |
| Plaintiff, | |
| | **ORDER SETTING DEADLINES FOR SUBSTANTIAL COMPLIANCE** |
| v. | |
| COUNTY OF LOS ANGELES et al., | [Dkt. 227] |
| Defendants. | Hon. Dean D. Pregerson<br>United States District Judge |

Having reviewed the United States' Motion for Court Order Setting Deadlines for Substantial Compliance (Dkt. 227) and the parties' further submissions related thereto, and having heard oral argument, and good cause appearing,

IT IS HEREBY ORDERED that the United States' Motion is GRANTED. It is further ORDERED that, in granting the United States' Motion, the Court finds that:

1.  Defendants are not in compliance with all provisions of the parties' Settlement Agreement (Dkt. 14), which was entered as an order of this Court on September 3, 2015.

2.  As a result, more specific remedial relief is necessary, as set forth below.

3.  The specific relief set forth below complies in all respects with the provisions of 18 U.S.C. § 3626(a). The relief is narrowly drawn, extends no further than necessary to correct ongoing violations of federal rights agreed by the parties with the entry of the Settlement Agreement, and is the least intrusive means necessary to correct these violations, and will not have an adverse impact on public safety or the operation of the criminal justice system.

4.  The Settlement Agreement remains in effect. This Order does not waive any Settlement Agreement requirements.

It is further ORDERED that specific relief will consist of the following:

Defendants will demonstrate improved compliance with the agreed-upon compliance measures for provisions 63, 64, and 80 according to the following schedule:

I.   **Provision 63**

a)   By the end of the second quarter of 2023, at least 60% of incarcerated individuals must wait no more than seven days in mental health housing intake areas before transferring to permanent mental health housing, with an average wait no greater than ten days for the quarter.

b)   By the end of the third quarter of 2023, 65% of incarcerated

1

      individuals must wait no more than seven days in mental health housing intake areas, with an average wait no greater than nine days.

    c)   By the end of the fourth quarter of 2023, 70% of incarcerated individuals must wait no more than seven days in mental health housing intake areas, with an average wait no greater than eight days.

    d)   By the end of the first quarter of 2024, 75% of incarcerated individuals must wait no more than seven days in mental health housing intake areas, and the average wait must continue to be below seven days.

    e)   By the end of the second quarter of 2024, 80% of incarcerated individuals must wait no more than seven days in mental health housing intake areas, and the average wait must continue to be below seven days.

    f)   By the end of the third quarter of 2024, 85% of incarcerated individuals must wait no more than seven days in mental health housing intake areas, and the average wait must continue to be below seven days.

    g)   By the end of the fourth quarter of 2024, 90% of incarcerated individuals must wait no more than seven days in mental health housing intake areas, and the average wait must continue to be below seven days.

II.   **Provision 64**

    a)   By the end of the second quarter of 2023, the difference between the total population of individuals with a mental health level of care (MHLOC) of P4 and those receiving

inpatient care must be, on average, no greater than 80 individuals.

b) By the end of the third quarter of 2023, the difference must be, on average, no greater than 60 individuals.

c) By the end of the fourth quarter of 2023, the difference must be, on average, no greater than 40 individuals.

d) By the end of the first quarter of 2024, the difference must be, on average, no greater than 20 individuals.

e) By the end of the second quarter of 2024, the difference must be, on average, no greater than 10 individuals.

f) By the end of the third quarter of 2024, the difference must be, on average, no greater than five individuals, and none of those individuals should wait more than eight hours for an inpatient placement.

III. **Provision 80**

a) By the end of the second quarter of 2023, 85% of individuals in High Observation Housing ("HOH") will receive a minimum of ten hours of unstructured out-of-cell time per week.

b) By the end of the third quarter of 2023, 90% of HOH individuals will receive a minimum of ten hours of unstructured out-of-cell time per week.

c) By the end of the fourth quarter of 2023, 95% of HOH individuals will receive a minimum of ten hours of unstructured out-of-cell time per week.

d) By the end of the first quarter of 2024, 100% of HOH individuals will receive a minimum of ten hours of

  unstructured out-of-cell time per week.

 e) By the end of the second quarter of 2023, 50% of HOH individuals will receive a minimum of 5 hours of structured out-of-cell time per week with at least 2.5 such hours consisting of group programming.

 f) By the end of the third quarter of 2023, 60% of HOH individuals will receive a minimum of six hours of structured out-of-cell time per week with at least three such hours consisting of group programming.

 g) By the end of the fourth quarter of 2023, 70% of HOH individuals will receive a minimum of 7 hours of structured out-of-cell time per week with at least 3.5 such hours consisting of group programming.

 h) By the end of the first quarter of 2024, 75% of HOH individuals will receive a minimum of 7.5 hours of structured out-of-cell time per week with at least 3.75 such hours consisting of group programming.

 i) By the end of the second quarter of 2024, 80% of HOH individuals will receive a minimum of 8 hours of structured out-of-cell time per week with at least 4 such hours consisting of group programming.

 j) By the end of the third quarter of 2024, 85% of HOH individuals will receive a minimum of 8.5 hours of structured out-of-cell time per week with at least 4.25 such hours consisting of group programming.

 k) By the end of the fourth quarter of 2024, 90% of HOH individuals will receive a minimum of 4.5 hours of structured out-of-cell time per week with at least five such hours

consisting of group programming.

l) By the end of the first quarter of 2025, 95% of HOH individuals will receive a minimum of 9.5 hours of structured out-of-cell time per week with at least 4.75 such hours consisting of group programming.

m) By the end of the second quarter of 2025, 100% of HOH individuals will receive a minimum of ten hours of structured out-of-cell time per week with at least five such hours consisting of group programming.

IT IS SO ORDERED.

Dated: April 20, 2023

_____
The Honorable Dean D. Pregerson
United States District Judge