**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



RETURN TO SENDER
...individual no longer at this address

NIXIE      918  4C  1           7203/24/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED



RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 26 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY



FILED
CLERK, U.S. DISTRICT COURT
MAR 26 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

2:15-cv-5903-DDP

Case: 2:15cv5903  Doc: 275

Karen C Joynt
Joynt Law
225 South Lake Avenue  Suite 200
Pasadena, CA 91101

Case: 2:15cv5903  Doc: 275

each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 3/12/2025 at 8:22 AM PDT and filed on 3/10/2025

**Case Name:**   United States America v. County of Los Angeles et al

**Case Number:**   2:15-cv-05903-DDP-JEM

**Filer:**

**WARNING: CASE CLOSED on 09/03/2015**

**Document Number:**   275

**Docket Text:**
ORDER ON STIPULATION [273] MODIFYING DEADLINES FOR SUBSTANTIAL COMPLIANCE by Judge Dean D. Pregerson, IT IS HEREBY ORDERED that the Court's December 27, 2022 Order (ECF No. 234 (the "December 2022 Order"), April 20, 2023 Order (ECF No. 248) (the "April 2023 Order"), and March 7, 2024 Order (ECF No. 266) (the "March 2024 Order") be modified as set forth below to bring the Settlement Agreement (ECF No. 14) into substantial compliance. SEE DOCUMENT FOR FURTHER INFORMATION. (es)

**2:15-cv-05903-DDP-JEM Notice has been electronically mailed to:**
Emily Rose DiMento Murphy   murphyemily@uchastings.edu
Nicholas James Sheehan   nicholas.sheehan@usdoj.gov
Richard Austin Lucero   sks@jones-mayer.com, mkb@jones-mayer.com, ral@jones-mayer.com
Robert E Dugdale   rdugdale@kbkfirm.com, docket@kbkfirm.com, crossi@kbkfirm.com
Mustafa Filat   ifilat@publiccounsel.org
Margaret Ming Chen   caseview.ecf@usdoj.gov, olivia.romero@usdoj.gov, usacac.civil@usdoj.gov, margaret.chen@usdoj.gov
Dawyn Renae Harrison   dharrison@counsel.lacounty.gov
Rodrigo A Castro-Silva   usacac.criminal@usdoj.gov, rcastro-silva@counsel.lacounty.gov
Krista MacNevin Jee   kmj@jones-mayer.com, jrt@jones-mayer.com, rja@jones-mayer.com, ral@jones-mayer.com, wag@jones-mayer.com
Grant A Davis-Denny   grant.davis-denny@mto.com, cherryl.tillotson@mto.com
Maura Martin KLugman   maura.klugman@usdoj.gov
Luis E Saucedo   luis.e.saucedo@usdoj.gov, deena.fox@usdoj.gov, regan.rush@usdoj.gov, cathleen.trainor@usdoj.gov
Mark D Rosenbaum   mrosenbaum@publiccounsel.org, rgarcia@publiccounsel.org
Dylan Ford   dford@counsel.lacounty.gov
Gregory F. Hurley   lhall@sheppardmullin.com, 7681723420@filings.docketbird.com, ghurley@sheppardmullin.com, cstrand@sheppardmullin.com
Matthew Edward Nickell   matthew.nickell2@usdoj.gov, caseview.ecf@usdoj.gov, oromero@usa.doj.gov, usacac.civil@usdoj.gov
Nicholas E Mitchell   nmitchell@independentmonitor.com