**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| 1a. Contact Person for this Order | Georgina Glaviano | 2a. Contact Phone Number | 323 821-1250 | 3a. Contact E-mail Address | gglaviano@da.lacounty.gov |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Same | 2b. Attorney Phone Number | Same | 3b. Attorney E-mail Address | Same |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
LA District Attorney's Office
211 W. Temple Street 12th floor
LA, CA 90012

| 5. Name & Role of Party Represented | Non-Party |
|---|---|
| 6. Case Name | USA v. County of Los Angeles, et al |
| 7a. District Court Case Number | 2:15cv5903 |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Maria Bustillos 213 894-2739

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☐ Non-Appeal   ☐ Criminal ☒ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

| HEARING DATE | Minute Order Docket # | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/3/22 | 2:15cv | Pregerson | Minutes of Mtn Hrg in Chambers | ○ | ● | ○ | ○ | ○ | ○ | ○ | Ordinary-30 |
| 11/14/22 | 5903 | Pregerson | Minutes in Chambers | ○ | ● | ○ | ○ | ○ | ○ | ○ | " |
| 2/13/23 | " | Pregerson | Minutes of hearing | ○ | ● | ○ | ○ | ○ | ○ | ○ | " |
| 4/19/23 | " | Pregerson | Minutes of hearing | ○ | ● | ○ | ○ | ○ | ○ | ○ | " |
| 1/5/21 | " | Pregerson | Minutes of hearing | ○ | ● | ○ | ○ | ○ | ○ | ○ | " |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

Case # 2:15cv5903 USA v. County of Los Angeles, et.al.
All requests are for same Case Name and Case No.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 5/29/2025   Signature: Georgina Glaviano

G-120 (06/18)